**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:

Mark Anthony Ortega
PO Box 702099
San Antonio, TX 78270

TEL NO.: (210) 744-9663 FAX NO. (optional):
E-MAIL ADDRESS *(Optional)*: mortega@utexas.edu

☐ ATTORNEY FOR ☒ JUDGMENT CREDITOR ☐ ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 333 West Broadway, Suite 420
MAILING ADDRESS: 333 West Broadway, Suite 420
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Office of the Clerk

*FOR RECORDER'S USE ONLY*

PLAINTIFF: MARK ANTHONY ORTEGA
DEFENDANT: CARLOS HERRERA, et al.

CASE NUMBER: 3:26-mc-01734

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

☐ Amended

*FOR COURT USE ONLY*

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      Carlos Herrera
      1207 13th St
      Imperial Beach, CA 91932
   b. Driver's license no. [last 4 digits] and state: ☒ Unknown
   c. Social security no. [last 4 digits]: 8870 ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Not applicable. This is a judgment of a court of the United States registered under 28 U.S.C. 1963, not a sister-state judgment.

2. ☒ Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Mark Anthony Ortega
   PO Box 702099

4. ☐ Information on additional judgment creditors is shown on page 2.

5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date:

Mark Anthony Ortega
(TYPE OR PRINT NAME)

▶
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 55,470.00

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* May 16, 2025
   b. Renewal entered on *(date):*

9. ☐ This judgment is an installment judgment.

[SEAL]

SEAL

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. ☐ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date):*

12. a. ☐ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

This abstract issued on *(date):* 8-25-2026

Clerk, by [signature], Deputy

| PLAINTIFF: MARK ANTHONY ORTEGA<br>DEFENDANT: CARLOS HERRERA, et al. | COURT CASE NO.:<br>3:26-mc-01734 |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

FundCube, Inc. d/b/a FundQube
1207 13th St
San Diego, CA 91932

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.