UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARK ANTHONY ORTEGA,

Plaintiff,

v.

CARLSO HERRERA,

Defendants.

Case No.: 26-mc-01734

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS**

**[ECF No. 4]**

Before the Court is Plaintiff Mark Anthony Ortega's ("Plaintiff") Motion for Leave to Electronically File Documents ("Motion"). (ECF No. 4)

Generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." CivLR 5.4(a). However, with respect to pro se litigants, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must in in legible, paper form." Electronic Case Filing Administrative Policies and Procedures Manual, § 2(b) (January 16, 2026), available at https://www.casd.uscourts.gov/_assets/pdf/cmecf/Electronic%20Case%20Filing%20Procedures%20Manual.pdf [hereinafter ECF Manual]. "A pro se party seeking leave to

electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual."[1] *Id.* The ECF Manual refers to the Court's official website for CM/ECF technical specifications, which include a "computer running on Windows or Macintosh," "[i]nternet access supporting a transfer rate of 56kb or higher," a compatible browser, "PDF compatible word processor," "[s]oftware to convert documents from a word processor format to portable document format (PDF)" such as Adobe Acrobat 7.0 and higher, a "scanner to image non-computerized documents," and a PACER account. United States District Court, Southern District of California, CM/ECF User's Manual, https://www.casd.uscourts.gov/cmecf.aspx (last visited September 22, 2026).

Here, Plaintiff's Motion utilizes a court Form not presently published on the court's website. *See* United States District Court, Southern District of California, Court Forms, https://www.casd.uscourts.gov/forms.aspx?list=all (last visited September 22, 2026). Additionally, the second page of Plaintiff's Motion pertains to a different case number. Accordingly, the Court **DENIES** Plaintiff's Motion without prejudice. Plaintiff may file a renewed request that does not utilize unpublished court forms and pertains only to case number 26-mc-01734.

**IT IS SO ORDERED.**

Dated: September 22, 2026

Hon. Guillermo Cabrera
United States Magistrate Judge

[1] CM/ECF refers to the Case Management/Electronic Case Filing system that allows the Court to accept filings and provides access to filed documents online.